UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANA ROMA SANTOS,

        Plaintiff,

    v.

PFIZER INC., et al.,

        Defendants.

Case No. 23-cv-01912-DMR

**ORDER TO SHOW CAUSE**

Defendant Pfizer Inc. filed a motion to dismiss on April 28, 2023. [Docket No. 4.] Currently, the motion is set for a court hearing on June 22, 2023. Plaintiff Ana Roma Santos is pursuing this action without legal representation. According to the local court rules, Plaintiff should have filed any brief in opposition to Defendant's motion by May 12, 2023. *See* Civ. L.R. 7-3(a). The court has received no such opposition.

The court ORDERS Plaintiff to respond by June 7, 2023 and explain Plaintiff's failure to respond to the motion. In addition, Plaintiff must simultaneously (1) submit an opposition to the court or (2) file a statement of non-opposition to the motion. This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by June 7, 2023, Defendant's motion may be granted or the case may be dismissed for failure to prosecute. The June 22, 2023 hearing on the motion to dismiss is vacated.

**IT IS SO ORDERED.**

Dated: May 17, 2023

                                              DONNA M. RYU
                                              Chief Magistrate Judge